■ GRANITE CONSTRUCTION COMPANY, INC., Respondent, v HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Appeal from an order of the Supreme Court (Doran, J.), entered April 28, 1987 in Albany County, which denied defen-

dant's motion to dismiss the complaint for failure to comply with the Statute of Limitations.

Order affirmed, without costs, upon the opinion of Justice Robert F. Doran. Kane, J. P., Casey, Levine, Harvey and Mercure, JJ., concur.